**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

EVELYN GRADDY, )
  )
  Plaintiff, )
  )
v. ) CASE NO: 5:16-CV-00009-JA-PRL
  )
WAL-MART STORES, INC., )
a Foreign Profit Corporation, )
  )
  Defendant. )

**DEFENDANT WALMART'S CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant, Wal-Mart Stores East, LP[1] ("Walmart"), by and through the undersigned counsel, hereby discloses the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    a. Evelyn Graddy (Plaintiff)

    b. Wal-Mart Stores East, LP (Operating Entity);

    c. Wal-Mart Stores, Inc. (Parent Corporation);

    d. Littler Mendelson, P.C. (Counsel for Defendant Walmart);

---

[1] Plaintiff's Complaint incorrectly names Wal-Mart Stores, Inc., as the defendant in this action; the proper entity, however, is Wal-Mart Stores East, LP, which is the company that employed Plaintiff.

   e. Jonathan A. Beckerman, Esq. (Counsel for Defendant Walmart); and

   f. Nicholas Andrews, Esq. (Counsel for Defendant Walmart)

 2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   a. Wal-Mart Stores, Inc.

   b. Wal-Mart Stores East, LP

 3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

   None.

 4. The name of each victim (individual or corporate), including every person who may be entitled to restitution:

   Evelyn Graddy, Plaintiff

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

 This 13th day of January 2016.  Respectfully submitted,

            LITTLER MENDELSON, P.C.
            *Counsel for Defendant*
            Wells Fargo Center, Suite 2700
            333 S.E. 2nd Avenue
            Miami, Florida  33131-2187
            Telephone: (305) 400-7500
            Facsimile:  (305) 603-2552

By: s/*Jonathan A. Beckerman*
Jonathan A. Beckerman
Florida Bar No. 568252
E-mail: jabeckerman@littler.com
Nicholas S. Andrews
Florida Bar No. 105699
E-mail: nandrews@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in a manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Jonathan A. Beckerman*
Jonathan A. Beckerman

## SERVICE LIST

**Plaintiff Counsel**

Richard B. Celler, Esq.
Celler Legal, P.A.
7450 Griffin Road, Suite 230
Davie, FL 33314
Tel: 866-344-9243
E-mail: Richard@floridaovertimelawyer.com
Sent via CM/ECF

Firmwide:137912334.1 080000.1141