**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**EVELYN GRADDY,**                                              **CASE NO.: 5:16-cv-00009-JA-PRL**

    **Plaintiff,**

**v.**

**WAL-MART STORES, INC.,**

    **Defendant.**
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporation, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

1. Evelyn Graddy – Plaintiff
2. Richard Celler, Esquire – Counsel for Plaintiff
3. Richard Celler Legal, P.A.-Counsel for Plaintiff
4. Wal-Mart Stores, Inc. - Defendant

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

1. None known.
2. The name of every other entity which is likely to be an active participant in the

proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

1. None other than the persons identified in above.

3. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

4. Evelyn Graddy – Plaintiff

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated this 15th day of January, 2016.

    Respectfully submitted,

**/s RICHARD CELLER**
RICHARD CELLER, ESQ.
Florida Bar No.0173370
RICHARD CELLER LEGAL, P.A.
7450 Griffin Road, Suite 230
Davie, Florida 33314
Telephone: (866) 344-9243
Facsimile:  (954) 337-2771
E-mail: richard@floridaovertimelawyer.com

*Trial Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY certify that a true and correct copy of the foregoing was filed and served this 15th day of January, 2016, using the CM/ECF system, which shall send a true and correct copy of same to Defendant's counsel of record.

**/s Richard Celler, Esq.**
Richard Celler, Esq