# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

Evelyn Graddy,                          )
                                        )
      Plaintiff                    )
                                        )
v.                                      )          CIVIL ACTION NO.
                                        )
Wal-Mart Stores East, LP,               )          5:16-cv-00009-JA-PRL
                                        )
      Defendant.                   )
                                        )

## JOINT REPORT REGARDING MEDIATION

Plaintiff Evelyn Graddy and Defendant Walmart Stores East, L.P., by and through their undersigned attorneys and in compliance with the Court's October 10, 2016 Order, advise the Court as follows:

The Parties participated in Court Ordered mediation on Friday, September 30th, 2016 at 10:00 a.m. before mediator Marlene Quintana, Esq.  The parties reached an impasse and no settlement was reached.

Respectfully submitted this 14th day of October, 2016.


*/s/ Richard B. Celler\**                     *s/ Jonathan A. Beckerman*
Richard B. Celler, Esq.                  Jonathan A. Beckerman, Esq.
Florida Bar No. 0173370                  Florida Bar No. 568252
Email:Richard@floridaovertimelawyer.com  E-mail: jabeckerman@littler.com
RICHARD CELLER LEGAL, P.A.               LITTLER MENDELSON, PC
7450 Griffin Road, Suite 230             333 S.E. 2nd Avenue, Suite 2700
Davie, FL 33314                          Miami, Florida 33131
Telephone: 954-903-7475                  Telephone: 305.400.7500
Facsimile:  954-337-2771                 Facsimile:  305.603.2552


Attorneys for Plaintiff                  Attorneys for Defendant
Evelyn Graddy                            Wal-Mart Stores East, L.P.

*\*signed with permission*