UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO. 5:16-CV-00009-JA-PRL

EVELYN GRADDY,

    Plaintiff,

vs.

WAL-MART STORES EAST, LP,

    Defendant.

_____/

## DEFENDANT'S RENEWED UNOPPOSED MOTION TO WITHDRAW NICHOLAS S. ANDREWS AS COUNSEL OF RECORD

Defendant WAL-MART STORES EAST, L.P. ("Defendant"), by and through the undersigned counsel, respectfully move this Court for an Order permitting the withdrawal of Nicholas S. Andrews, Esq. as counsel of record for Defendant.

1.    Mr. Andrews is no longer with the law firm of Littler Mendelson, P.C., and, therefore, Defendant requests that the Court remove his name from the pleadings.

2.    Littler Mendelson, P.C. and Jonathan A. Beckerman will continue as counsel of record for Defendant.

3.    Pursuant to Rule 2.03(b) of the Local Rules of the U.S. District Court, Middle District of Florida, Defendant is fully apprised of, and consents to, the relief sought in the instant Motion.

4.     Pursuant to Rules 2.03(b) and 3.01(g) of the Local Rules of the U.S. District Court, Middle District of Florida, Plaintiff's counsel was consulted regarding the relief requested herein and has no opposition thereto.

5.     Defendant and undersigned counsel have otherwise complied with Rules 2.03(b) and 3.01(g) of the Local Rules of the U.S. District Court, Middle District of Florida, with respect to the relief sought in this Motion.

WHEREFORE, Defendant respectfully moves this Court for an Order withdrawing Nicholas S. Andrews as counsel of record for Defendant.

Dated this 17th day of November, 2016              Respectfully submitted,

**LITTLER MENDELSON, P.C.**
Wells Fargo Center
333 S.E. 2nd Avenue, Suite 2700
Miami, FL  33131
Tel:  (305) 400-7500
Fax:  (305) 603-2552

By: /s/ Jonathan A. Beckerman
Jonathan A. Beckerman, Esq.
Florida Bar No. 0568252
E-mail:  jabeckerman@littler.com

*COUNSEL FOR WAL-MART STORES EAST, L.P.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 17th day of November, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the matter specified either via transmission of notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or Parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                      By:  /s/ Jonathan A. Beckerman
                                                                          Jonathan A. Beckerman

## SERVICE LIST

**Plaintiff Counsel**

Richard B. Celler, Esq.
Celler Legal, P.A.
7450 Griffin Road, Suite 230
Davie, FL 33314
Tel: 866-344-924
E-mail: Richard@floridaovertimelawyer.com
Sent via CM/ECF