**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**EVELYN GRADDY,**

    **Plaintiff,**

v.                                                              Case No: 5:16-cv-9-Oc-28PRL

**WAL-MART STORES EAST, LP**

    **Defendant.**

## ORDER

Before the Court is the unopposed motion to withdraw Defendant's counsel, attorney Nicholas S. Andrews. (Doc. 32). According to the motion, Mr. Andrews is no longer associated with Littler Mendelson, P.C., which is currently representing Defendant in this case. The motion further states that Littler Mendelson, P.C. will continue to represent Defendant and that both local rules 2.03(g) and 3.01(g) have been complied with. Upon due consideration, the motion (Doc. 32) is **GRANTED**. Nicholas S. Andrews is relieved of further responsibility for the representation of Defendant in this cause. The previous motion to withdraw (Doc. 26) is **TERMINATED AS MOOT**.

    **DONE** and **ORDERED** in Ocala, Florida on November 21, 2016.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record

Unrepresented Parties

Case 5:16-cv-00009-JA-PRL   Document 33   Filed 11/21/16   Page 2 of 2 PageID 544

- 2 -

Unrepresented Parties