IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

EVELYN GRADDY,

    Plaintiff,

v.                                      CASE NO.: 5:16-CV-00009-JA-PRL

WAL-MART STORES EAST, LP,
a Foreign Limited Partnership

    Defendant.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMITATION BY FIVE (5) PAGES IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to the Local and Federal Rules of Civil Procedure, Plaintiff, Evelyn Graddy, files this Unopposed Motion to Exceed Page Limitation by Five (5) Pages In Opposition To Defendant's Motion for Summary Judgment and states as follows:

**MOTION TO EXCEED PAGE LIMITATION**

1. Plaintiff filed the instant action on January 6, 2016, against Defendant pursuant to the Florida Whistleblower Act.  *See* DE 1.

2. Because of the number of legal issues to be addressed in Plaintiff's Statement of Facts and Memorandum of Law opposing Defendant's Motion for Summary Judgment, Plaintiff seeks leave to file up to an additional five (5) pages in excess of the number of pages allowed under the Court's rules and Order.  Therefore, Plaintiff respectfully requests an extension on the number of pages she can file from twenty (20) up to twenty-five (25).  The Court's Rules limit same to twenty (20).

3.      Such an extension of page limits will not prejudice any party and will allow for Plaintiff to fully and adequately brief the lengthy issues presented in Defendant's Motion. Plaintiff's Response is currently at twenty-two (22) pages based on the citation requirements to the record (requiring line and page for depositions).

4.      Pursuant to Local Rule M.D. Fla. L.R. 3.01(g), the undersigned counsel has conferred with Defendant's Counsel, who does not oppose the filing of the instant motion.

5.      In light of the foregoing, Plaintiff's Counsel is requesting leave to file up to an additional five (5) pages in excess of the number of pages allowed under the Court's rules.

## MEMORANDUM OF LAW

Rule 1 of the Federal Rules of Civil Procedure requires the "just and speedy, and inexpensive determination of every action." In the instant matter, Plaintiff respectfully requests that the requested page enlargement will further the above goal. Based on the issues raised additional pages may be necessary to ensure full and adequate briefing of same.

## CONCLUSION

For the above reasons, Plaintiff respectfully requests that she be permitted to exceed the page limitations stated by the Local Rules by up to an additional five (5) pages in excess of the number of pages allowed under the Court's rules.

Dated this 13th day of December, 2016

Respectfully submitted,

**s/ Richard Celler**
Richard Celler, Esq.
Florida Bar No.: 0173370
Richard Celler Legal, P.A.
7450 Griffin Road, Suite 230
Davie, Florida 33314
Telephone: (866) 344-9243
Facsimile: (954) 337-2771
E-mail: richard@floridaovertimelawyer.com

*Trial Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed using the CM/ECF system, which I understand will send a copy of same to all counsel of record on this 13th day of December, 2016.

/s **Richard Celler**
Richard Celler, Esq.