UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

EVELYN GRADDY,

    Plaintiff,

v.                                      Case No: 5:16-cv-9-Oc-28PRL

WAL-MART STORES EAST, LP,

    Defendant.

## ORDER

Plaintiff's Unopposed[1] Motion for Leave to Exceed the Page Limitation by Five Pages in Opposition to Defendant's Motion for Summary Judgment (Doc. 34) is **GRANTED**. Plaintiff's response shall not exceed twenty-five pages.

**DONE** and **ORDERED** in Orlando, Florida, on December 13, 2016.

                                                        JOHN ANTOON II
                                                        United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties

---

[1] Plaintiff should make clear next time whether, under M.D. Fla. Local Rule 3.01(g), Defendant's counsel objects to the *relief sought* in the motion, rather than whether he or she "oppose[s] the *filing* of the instant motion." (Doc. 34 ¶ 4 (emphasis added)).