UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

EVELYN GRADDY,                                   CASE NO.: 5:16-cv-00009-JA-PRL

     Plaintiff,

v.

WAL-MART STORES EAST, LP

     Defendant.

_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, EVELYN GRADDY, and Defendant, WAL-MART STORES EAST, LP, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a), having resolved their dispute, hereby stipulate and agree that all claims in this action are voluntarily dismissed with prejudice with each party to bear his or its own attorneys' fees and costs.

DATED this 4th day of April, 2017.

| | |
|---|---|
| **RICHARD CELLER LEGAL, P.A.** | **LITTLER MENDELSON, P.C.** |
| 7450 Griffin Road | Wells Fargo Center |
| Suite 230 | 333 S.E. 2nd Avenue, Ste. 2700 |
| Davie, FL 33314 | Miami, FL 33132 |
| Tel: (866) 344-9243 | Telephone: (305) 400-7500 |
| Fax: (954) 337-2771 | Facsimile: (305) 603-2552 |
| | |
| **By: /s/ Richard Celler** | **By: /s/Jonathan A. Beckerman** |
| Richard Celler, Esq. | Jonathan A. Beckerman |
| **Email:** | Florida Bar No. 568252 |
| richard@floridaovertimelawyer.com | **Email:** |
| | jabeckerman@littler.com |
| *Counsel for Plaintiff* | |
| | *Counsel for Defendant* |